No. 04–8637. ELLIOTT *v.* MORGAN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–8642. BAIRD *v.* DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 04–8643. COLIDA *v.* QUALCOMM INC. C. A. Fed. Cir. Certiorari denied.

No. 04–8646. CHARLES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–8648. OGUAJU *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 04–8649. POWELL *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–8651. PRICE *v.* REID, SUPERINTENDENT, CENTENNIAL CORRECTIONAL FACILITY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–8655. JAFFER *v.* NATIONAL CAUCUS & CENTER ON BLACK AGED, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–8656. LODGE *v.* CANDELARIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8661. MITCHELL *v.* LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8662. NASH *v.* WILKINSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–8666. ALVARADO *v.* SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8669. BURSON *v.* GREER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–8671. BARTON *v.* HATCHER, WARDEN. C. A. 9th Cir. Certiorari denied.